330 A.2d 853
**Alice P. TORCHIA**

v.

**Henry A. TORCHIA, Appellant.**

Supreme Court of Pennsylvania.

Argued April 16, 1974.

Decided Jan. 27, 1975.

William J. Madden, Jr., Harrisburg, for appellant.

Heath L. Allen, Metzgar, Hafer, Keefer, Thomas & Wood, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM:

Decree affirmed. Costs to be borne by appellant.

MANDERINO, J., did not participate in the consideration or decision of this case.

EAGEN and ROBERTS, JJ., filed a concurring opinion.

JONES, C. J., dissents.

EAGEN and ROBERTS, JJ., join the affirmance of the decree with the understanding that appellant is not foreclosed from pursuing his visitation rights under the contract.